WILLIAM J. CLARK *vs.* ALVENO M. HOLMES.

Third Judicial District.

Submitted on briefs April 18th—decided May 3d, 1899.

ACTION in the nature of trover for 150 railroad ties, brought originally before a justice of the peace and thence by the defendant's appeal to the Court of Common Pleas for New Haven County and tried to the court, *Studley, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendant for alleged errors in the rulings of the court. *No error.*

*Henry G. Newton,* for the appellant (defendant).

*Edmund Zacher,* for the appellee (plaintiff).

BY THE COURT. No error; judgment affirmed. Opinion filed with the clerk of the Court of Common Pleas, New Haven County.